# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1046
_____

LANDON CASEY ELLIS,

Petitioner,

v.

HON. ALEX ALFORD, Clerk &
County Comptroller, First
Judicial Circuit, Walton County,
State of Florida,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


September 22, 2021


PER CURIAM.

DISMISSED as moot.

RAY, JAY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Landon Casey Ellis, pro se, Petitioner.

Sidney N. Noyes, General Counsel, Walton County Clerk of Courts & County Comptroller, DeFuniak Springs, for Respondent.